IN THE MATTER OF MARCONI CAPORALE, AN ATTORNEY
AT LAW.

Argued November 29, 1954—Decided November 29, 1954.

*Mr. James A. Major*, for the order.

*Mr. B. Franklyn Boggia*, for the respondent.

PER CURIAM. The name of the respondent is stricken from the roll of attorneys at law of this court for the conduct described in *State v. Caporale*, 16 *N. J.* 373.

*For disbarment*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*Opposed*—None.